opinion filed October 29, 1948; released for publication November 24, 1948. J. W. Templeman, for appellant; A. B. Johnson and L. Allan Watt, for appellee. Opinion by PRESIDING JUSTICE DADY. Not to be published in full.

## Peter Frisch, Appellee, v. Paul Knapp, Appellant.
## Gen. No. 9,606.

opinion filed October 29, 1948; released for publication November 24, 1948. William R. Bach and William J. Bach, for appellant; Chester Thomson, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.